UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
MIAMI DIVISION

SEACOAST NATIONAL BANK,

    Plaintiff,

v.

CONTESSA MARINE RESEARCH, LLC.
and ANTHONY IVANOVICH, *In Personam*

    Defendant.

CASE NO:

## COMPLAINT

COMES NOW, SEACOAST BANK, ("SEACOAST"), by and through its undersigned Counsel, and files this, its Complaint against CONTESSA MARINE RESEARCH, LLC. ("CONTESSA") and ANTHONY IVANOVICH ("IVANOVICH") and would allege as follows:

### PARTIES JURISDICTION AND VENUE

1. This is admiralty and maritime action within the meaning of Rule 9(h). This Court has subject matter jurisdiction pursuant to 46 U.S.C. §31325, the Ship Mortgage Act.

2. Plaintiff SEACOAST BANK is a national banking association with its principal business address at 815 Colorado Avenue, Stuart, Florida 34994.

3. Defendant CONTESSA MARINE RESEARCH, LLC. is a Delaware domestic limited liability company whose registered agent is Corporate Creations Network, Inc., 1521 Concord Pike, Suite 201, Wilmington, DE 19803. CONTESSA has a business address of 791 Crandon Boulevard, PH6, Key Biscayne, FL 33149.

CASE NO.

4. Defendant Anthony Ivanovich is believed to reside at 791 Crandon Boulevard, PH6, Key Biscayne, FL 33149.

5. Venue is proper where Defendant IVANOVICH resides in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

6. On or about August 26, 2021, CONTESSA entered into a Business Loan Agreement with SEACOAST for the principal amount of $2,015,400.00. A true and correct copy of the Business Loan Agreement ("Agreement") is attached hereto as **EXHIBIT "A."**

7. Contemporaneously, CONTESSA entered into a Promissory Note on August 26, 2021 with SEACOAST for principal amount of $2,015,400.00, at a variable interest rate beginning at 4.080% per annum. A true and correct copy of the Note is attached hereto as **EXHIBIT "B."**

8. As further security for the monies advanced pursuant to the Note and Business Loan Agreement, CONTESSA granted SEACOAST a foreign (Jamaican) ship mortgage on the *M/Y OCTOPUSSY* ("Vessel"). Said Mortgage was transferred by assignment dated August 31, 2021 and registered on October 12, 2021 at 1420 hours in favor of SEACOAST. A true and correct copy of the Jamaican Ship's Registry is attached hereto as **EXHIBIT "C."**

9. As further security for the monies advanced pursuant to the Note and Business Loan Agreement, IVANOVICH entered into a Commercial Guaranty with SEACOAST. A true and correct copy of the Commercial Guaranty is attached hereto as **EXHIBIT "D."**

10. The loan is in default where CONTESSA has failed to make installment payments as agreed and has failed to insure the Vessel.

CASE NO.

11. As of November 12, 2025, CONTESSA and IVANOVICH, as guarantor, owe the principal amount of $1,549,773.47, plus interest in the amount of $8,184.72, plus *per diem* interest thereafter through the date of judgment, exclusive of costs, post-judgment interest and attorney's fees.

12. On November 13, 2025, SEACOAST e-mailed and mailed via Certified Mail, return receipt, the attached Notice of Default and Acceleration of balance owed to CONTESSA and IVANOVICH.  See letter attached as **EXHIBIT "E."**

13. SEACOAST has retained undersigned Counsel and is entitled to the recovery of its reasonable attorney's fees from CONTESSA and IVANOVICH pursuant to the terms of the Loan Agreement, Note, Mortgage and Guaranty.

14. SEACOAST has satisfied all conditions precedent to bringing the instant lawsuit.

## COUNT I: BREACH OF CONTRACT AGAINST CONTESSA

15. SEACOAST realleges and re-avers the allegations contained in paragraphs 1-14 above as if fully set forth herein.

16. CONTESSA had a contractual obligation to pay the balance owed pursuant to the Business Loan Agreement, Note and Mortgage.

17. CONTESSA breached its contractual duty to pay the balance owed by failing to make payments in the amounts agreed upon by the parties and otherwise failing to make payments. CONTESSA also breached the Business Loan Agreement, Note and Mortgage by failing to insure the Vessel.

18. As a result of CONTESSA's breach, SEACOAST has suffered damages.  As of November 12, 2025, Plaintiff is owed the principal amount of $1,549,773.47, plus interest in the

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100

CASE NO.

amount of $8,184.72, plus *per diem* interest thereafter through the date of judgment, exclusive of costs, post-judgment interest and attorney's fees.

19.  SEACOAST has been required to retain undersigned counsel to prosecute this action.  SEACOAST is entitled to its reasonable attorney's fees and costs pursuant to the terms of the Business Loan Agreement, Note and Mortgage.

### COUNT II: BREACH OF GUARANTY AGAINST IVANOVICH

20.  SEACOAST realleges and re-avers the allegations contained in paragraphs 1-14 above as if fully set forth herein.

21.  CONTESSA had a contractual obligation to pay the balance owed pursuant to the Business Loan Agreement, Note and Mortgage.

22.  CONTESSA breached its contractual duty to pay the balance owed by failing to make payments in the amounts agreed upon by the parties and otherwise failing to make payments.  CONTESSA also breached the Business Loan Agreement, Note and Mortgage by failing to insure the Vessel.

23.  IVANOVICH, as guarantor, unconditionally guaranteed CONTESSA's performance under the terms of the Business Loan Agreement, Note, and Mortgage by virtue of entering into the Commercial Guaranty.

24.  IVANOVICH is therefor individually liable for the amounts owed to Plaintiff by CONTESSA.

25.  As a result of IVANOVICH's breach, SEACOAST has suffered damages.  As of November 12, 2025, Plaintiff is owed the principal amount of $1,549,773.47, plus interest in the

- 4 -

Fowler White Burnett P.A. • 200 East Las Olas Boulevard, Suite 2000 – Penthouse B, Fort Lauderdale, FL 33301• (954) 377-8100

CASE NO.

amount of $8,184.72, plus *per diem* interest thereafter through the date of judgment, exclusive of costs, post-judgment interest and attorney's fees..

26. SEACOAST has been required to retain undersigned counsel to prosecute this action. SEACOAST is entitled to its reasonable attorney's fees and costs pursuant to the terms of the Business Loan Agreement, Note and Mortgage.

WHEREFORE, SEACOAST demands judgment against CONTESSA and IVANOVICH, jointly and severally (as of November 12, 2025) in the amount of $1,549,773.47, plus interest in the amount of $8,184.72, plus *per diem* interest thereafter through the date of judgment, plus costs, post-judgment interest, reasonable attorney's fees and expenses.

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

- 5 -

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100