UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
MIAMI DIVISION

SEACOAST NATIONAL BANK,

      Plaintiff,

v.

CONTESSA MARINE RESEARCH, LLC.
and ANTHONY IVANOVICH, *In Personam*

      Defendant.

CASE NO: 1:25-cv-25958-DPG

## NOTICE OF SCHEDULING MEDIATION

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled as follows:

| | |
|---|---|
| **Mediator:** | David McCreadie |
| **Date:** | Tuesday, July 14, 2026 |
| **Time:** | 10:00 AM |
| **Location:** | Via Zoom |

CASE NO: 1:25-cv-25958-DPG

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Adam B. Cooke
Adam B. Cooke

- 2 -