UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN  ADMIRALTY"

CASE NO.: 1:25-cv-25958-DPG

SEACOAST NATIONAL BANK,

Plaintiff,

v.

CONTESSA MARINE RESEARCH,
LLC. and ANTHONY IVANKOVICH,
*In Personam*,

Defendants.

_____/

## DEFENDANTS, ANTHONY IVANKOVICH AND CONTESSA MARINE RESEARCH LLC'S MOTION FOR EXTENSION OF TIME TO FILE FACT WITNESS LIST

Defendants, Anthony Ivankovich, individually, and Contessa Marine Research LLC, a Delaware limited liability company (collectively referred to as the "Defendants"), by and through undersigned counsel and pursuant to Rules 6(b) and 25 of the Federal Rules of Civil Procedure, and this Court's Order [ECF No. 16], hereby files this Motion for an Extension of Time to File Their Fact Witness List (the "Motion"), and in support thereof alleges as follows:

1. Pursuant to this Court's Scheduling Order, Defendants' Fact Witness List is presently due on June 8, 2026. *See* ECF No. 16.

2. Unfortunately, however, upon communicating with Defendants regarding the Fact Witness List, undersigned counsel was just informed that Dr. Anthony Ivankovich sadly passed away.

3. Dr. Ivankovich is a named Defendant and the principal of Contessa Marine Research LLC.

4.  Defendants intend to file and serve the appropriate documents with this Court concerning Dr. Ivankovich's passing, including a Suggestion of Death pursuant to Fed. R. Civ. P. 25(a)(1), and a substitution of the proper party. *See* Fed. R. Civ. P. 4, 5, and 25.

5.  In light of this unfortunate development, Defendants are still evaluating the procedural impact of Dr. Ivankovich's passing on this action, including whether additional relief may be necessary with respect to discovery, pretrial, and/or trial deadlines.

6.  At this time, Defendants request only an extension of time to file their Fact Witness List so that it can be finalized accurately on behalf of the appropriate parties and/or representatives.

7.  This request is made in good faith and in the interest of justice, not merely for purposes of delay or to prejudice Plaintiff.

8.  Accordingly, Defendants respectfully request an extension of time up to and including July 8, 2026, to file their Fact Witness List.

**WHEREFORE,** Defendants, ANTHONY IVANKOVICH and CONTESSA MARINE RESEARCH LLC, respectfully request that this Honorable Court enter an Order extending Defendants' deadline to file their Fact Witness List up to and including July 8, 2026, and for any and all further relief that this Honorable Court deems just and proper.

### CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies to this Honorable Court that we have conferred in a good faith effort with counsel for Plaintiff, who did not advise a position on the relief sought herein.

Respectfully submitted this 8th day of June 2026,

By: _/s/ Brooke L. Bishop_
Brooke L. Bishop
Florida Bar No.: 1058437
brooke.bishop@maritimeattorneys.com

James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

**PERRY MARITIME LAW GROUP, P.A.**
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:   954-500-1000
Facsimile:   954-500-2000
_Counsel for Defendants, Anthony Ivankovich &_
_Contessa Marine Research LLC_

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 8th day of June 2026, and that it is being served via CM/ECF on the counsel of record shown on the Service List.

/s/ Brooke L. Bishop
Brooke L. Bishop