UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO.: 1:25-cv-25958-DPG

SEACOAST NATIONAL BANK,

 Plaintiff,

v.

CONTESSA MARINE RESEARCH,
LLC.and ANTHONY IVANKOVICH,
*In Personam*,

 Defendants.

_____/

## PROPOSED ORDER

**THIS CAUSE** is before the Court upon Defendants', Anthony Ivankovich and Contessa Marine Research LLC, Motion for an Extension of Time to File Fact Witness List [ECF No. 28] (the "Motion"), and the Court, having reviewed the Motion and otherwise being fully advised in the premises, hereby:

**ORDERS AND ADJUDGES** that Defendants' Motion is **GRANTED**. The Defendants shall have up to and including July 8, 2026, to file their Fact Witness List.

**DONE and ORDERED** at Chambers in Miami, Florida, this ____ day of June 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE