UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO.: 1:25-cv-25958-DPG

SEACOAST NATIONAL BANK,

Plaintiff,

v.

CONTESSA MARINE RESEARCH,
LLC. and ANTHONY IVANKOVICH,
*In Personam*,

Defendants.
_______________________________________________/

**SUGGESTION/STATEMENT OF DEATH**

In accordance with Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Defendants respectfully notifies this Honorable Court that Defendant, **ANTHONY IVANKOVICH**, passed away on May 25, 2026. Upon information and belief, Olga Ivankovich will be appointed as the Executor of the Estate of Anthony Ivankovich and, upon formal appointment, will be the proper party for substitution under Rule 25 of the Federal Rules of Civil Procedure.

Respectfully submitted this 8th day of July 2026,

By: */s/ Brooke L. Bishop*
Brooke L. Bishop
Florida Bar No.: 1058437
brooke.bishop@maritimeattorneys.com

James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

**PERRY MARITIME LAW GROUP, P.A.**
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone: 954-500-1000
Facsimile: 954-500-2000
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 8th day of July 2026, and that it is being served via CM/ECF on the counsel of record shown on the Service List.

/s/ Brooke L. Bishop
Brooke L. Bishop