UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

SEACOAST NATIONAL BANK,

Plaintiff, CASE NO.: 1:25-cv-25958-DPG

v.

CONTESSA MARINE RESEARCH,
LLC. and ANTHONY IVANKOVICH,
*In Personam*,

Defendants.
_______________________________________________/

**DEFENDANTS' FACT WITNESS LIST**

Defendants, Anthony Ivankovich and Contessa Marine Research LLC, a Delaware limited liability company (collectively referred to as the "Defendants"), by and through the undersigned counsel and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Local Rule 16.1, and this Court's Orders [ECF Nos. 16, 29], hereby files their Fact Witness List ("Witness List").

As reflected in the Suggestion/Statement of Death [ECF No. 30], Defendant Anthony Ivankovich passed away on May 25, 2026. Counsel has been advised that Olga Ivankovich is expected to be appointed as Executor of the Estate of Anthony Ivankovich. Upon formal appointment of the proper estate representative, Defendants will seek substitution pursuant to Rule 25 of the Federal Rules of Civil Procedure.

In the interim, this Witness List is being filed out of an abundance of caution to preserve Defendants' trial disclosures, defenses, and positions pending the formal appointment of the estate representative and any subsequent substitution under Fed. R. Civ. P. 25. Defendants expressly

preserve any objection, defense, or position regarding the timing, sufficiency, service, effect, or propriety of any substitution, suggestion of death, or other Fed. R. Civ. P. 25-related issue.

## FACT WITNESS LIST

| No. | Name/Address | Probability of Testimony |
|---|---|---|
| 1. | **Contessa Marine Research LLC**<br>Corporate Representative and/or Records Custodian<br>c/o Perry Maritime Law Group, P.A.<br>1650 S.E. 17th Street, Suite 200<br>Fort Lauderdale, FL 33316 | Will be called. |
| 2. | **Olga Ivankovich**<br>c/o Perry Maritime Law Group, P.A.<br>1650 S.E. 17th Street, Suite 200<br>Fort Lauderdale, FL 33316 | May be called. |
| 3. | **Seacoast National Bank**<br>Corporate Representative and/or Records Custodian<br>c/o FOWLER WHITE BURNETT, P.A.<br>200 East Las Olas Blvd, Suite 220 – PH B<br>Fort Lauderdale, FL 33301 | May be called. |
| 4. | **Seacoast Banking Corporation of Florida**<br>Corporate Representative and/or Records Custodian<br>c/o FOWLER WHITE BURNETT, P.A.<br>200 East Las Olas Blvd, Suite 220 – PH B<br>Fort Lauderdale, FL 33301 | May be called. |
| 5. | **Olafur Hand**<br>Consilient Holdings<br>Address unknown at this time. | May be called. |
| 6. | **David Morris**<br>STIFEL, Director/Investments<br>1 North Wacker Drive, Suite 3500<br>Chicago, Illinois 60606 | May be called. |
| 7. | **Warren D. Hayes, Sr., Esq.**<br>c/o Alley, Maass, Rogers & Lindsay, P.A.<br>340 Royal Poinciana Way, Suite 321<br>Palm Beach, FL 33480 | May be called. |
| 8. | **Steven Ivankovich**<br>c/o Perry Maritime Law Group, P.A.<br>1650 S.E. 17th Street, Suite 200<br>Fort Lauderdale, FL 33316 | May be called. |

| | | |
|---|---|---|
| 9. | **Lang Ryder**<br>Executive VP / Marine and Aviation Lending<br>1800 SE 10th Avenue, Suite 315<br>Fort Lauderdale, FL 33316 | May be called. |
| 10. | **Alex Rodriguez**<br>Community Banking Portfolio Analyst<br>485 North Keller Road, Suite 511<br>Maitland, FL 32751 | May be called. |
| 11. | **Jonathan Taylor**<br>VP, Special Assets Officer II<br>50 Kindred Street, Suite 203<br>Stuart, FL 34994 | May be called. |
| 12. | **Justin Neighbour**<br>SVP, Wealth Advisor<br>2300 Glades Road, Suite 100 W<br>Boca Raton, FL | May be called. |
| 13. | **Steven Donnell**<br>Marine and Aviation Lending Specialist<br>1800 SE 10th Avenue, Suite 315<br>Fort Lauderdale, FL 33316 | May be called. |
| 14. | **Patrice Brantley**<br>VP Marine SLS/Sup MGR<br>1800 S.E. 10th Avenue, Suite 315<br>Fort Lauderdale, FL 33316 | May be called. |
| 15. | **All witnesses listed on Plaintiff's Witness List** | May be called. |

## RESERVATION OF RIGHTS

Defendants reserve the right to amend and/or supplement their Witness List as discovery and investigation continue in accordance with Federal Rule of Civil Procedure 26(a)(3).

Respectfully submitted this 8th day of July 2026,

By: */s/ Brooke L. Bishop*
Brooke L. Bishop
Florida Bar No.: 1058437
brooke.bishop@maritimeattorneys.com

James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

**PERRY MARITIME LAW GROUP, P.A.**
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone: 954-500-1000
Facsimile: 954-500-2000
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 8th day of July 2026, and that it is being served via CM/ECF on the counsel of record shown on the Service List.

/s/ Brooke L. Bishop
Brooke L. Bishop