UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
MIAMI DIVISION

SEACOAST NATIONAL BANK,

Plaintiff,

v.

CONTESSA MARINE RESEARCH, LLC.
and ANTHONY IVANKOVICH,
*In Personam*

Defendant.

CASE NO: 1:25-cv-25958-DPG

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, SEACOAST NATIONAL BANK, and Defendants, CONTESSA MARINE RESEARCH, LLC and ANTHONY IVANKOVICH, by and through their undersigned counsel, hereby stipulate to dismissing this action without prejudice with each party to bear its own costs and attorney's fees.

Dated: September 16, 2026.

/s/ Adam B. Cooke
Adam B. Cooke, Esq.
Fla. Bar No. 634182
Email: acooke@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 South Biscayne Boulevard, 20th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Attorneys for Plaintiff*

/s/ James H Perry II
James H Perry II, Esq.
Fla. Bar No. 991491
Email: perry@maritimeattorneys.com

PERRY MARITIME LAW GROUP, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone: (954) 500-1000
Facsimile: (954) 500-2000
*Attorneys for Defendants*